UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

MAYOWA OSINUBI,

                          **Plaintiff,**          20cv669 (JGK)

       - against -               ORDER

THE AMERICAN SOCIETY OF MECHANICAL
ENGINEERS,

                         **Defendant.**
————————————————————————————

JOHN G. KOELTL, District Judge:

    The plaintiff was required to serve the summons and complaint within 90 days. See Fed. R. Civ. P. 4(m). The time to serve the summons and complaint is extended to July 17, 2020. If the plaintiff fails to serve the summons and complaint within that time, the complaint may be dismissed. The plaintiff may find it helpful to consult the New York Legal Assistance Group Pro Se Clinic by leaving a message at (212)-659-6190. Chambers will mail a copy of this order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
        May 13, 2020       ____   /s/ John G. Koeltl _____
                                    John G. Koeltl
                       United States District Judge