```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

MAYOWA OSINUBI,

                Plaintiff,          20cv669 (JGK)

    - against -                ORDER

THE AMERICAN SOCIETY OF MECHANICAL
ENGINEERS,

                Defendant.

------------------------------------

**JOHN G. KOELTL, District Judge:**

    The case is dismissed without prejudice for having failed to comply with Federal Rule of Civil Procedure 4(m) despite an extension of time and a warning from the Court. Chambers will mail a copy of this order to the plaintiff.

**SO ORDERED.**

Dated:    New York, New York        /s/ John G. Koeltl
          July 27, 2020                   John G. Koeltl
                                     United States District Judge